Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| IN RE: <br><br> EDEM, ESTHER JACOB <br> EDEM, JACOB JOSEPH | CASE NO. 2:23-bk-12140-VZ <br><br> CHAPTER 13 <br><br> **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** <br><br> DATE: May 13, 2024 <br> TIME: 10:00 AM <br> COURTROOM:  1368 <br> 255 East Temple Street <br> Los Angeles, CA 90012 |

The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

   THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

Therefore, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED:   <u>May 26, 2023</u>                                                                 /s/ Nancy Curry
                                                                                                            Chapter 13 Standing Trustee

## **DECLARATION OF MASAKO OKUDA**

I, MASAKO OKUDA, declare as follows:

1. Nancy Curry is the Chapter 13 Standing Trustee in this matter:

    EDEM, ESTHER JACOBEDEM, JACOB JOSEPH, 2:23-bk-12140-VZ

    I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. The Trustee has files and records kept by her office in the regular course of business. I have personally reviewed the files and records kept by her office in the within case. The following facts are true and correct within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to the confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached Exhibit A which is incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on May 26, 2023.

DATED: May 26, 2023                                              /s/ Masako Okuda
                                                                 Masako Okuda

| | |
|---|---|
| **Debtor:** | **EDEM, ESTHER JACOB** |
| | **EDEM, JACOB JOSEPH** |
| **Case No.:** | **2:23-bk-12140-VZ**    §341(a): 5/25/2023    Debtor attorney: Brad Weil |

## EXHIBIT A

**The Trustee objects to any provision of the plan that fails to comply with the provisions of the bankruptcy code and rules, including provisions related to plan duration.**

**Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.**

**Debtor is ineligible**                              <u>In re Scovis v. Henrichsen</u>, 249 F.3d 975, 981 (9th Cir. 2001)

The amount of the secured and unsecured claims combined exceeds the statutory limit under 11 U.S.C. § 109(e).

PACER's Claims Register shows the total claim amount is $7,144,309.47.

A chapter 13 debtor must meet statutory debt eligibility limits as of petition date; postpetition events do not change the debt limit analysis. <u>In re Smith</u>, 419 B.R. 826, 829 (Bankr. C.D. Cal. 2009).

**Feasibility**

The Plan is infeasible [11 USC § 1325(a)(6)] because

| | |
|---|---|
| 1. | The presently known claim total exceeds the amount the plan provides – The Bank of New York Mellon. |
| 2. | There is no provision for certain claims – IRS and Franchise Tax Board. |

**Income**

The Debtor has failed to timely (7 days before the §341(a) debtor examination) provide complete copies of 2020, 2021 and 2022 Federal and State Income Tax Returns [11 USC §521(e)(2), LBR 3015-1(c)(3)].

**Miscellaneous**

(1) The Debtor is requested to provide a copy of the Edem Family Irrevocable Trust.

(2) The Debtor is requested to update the status of lawsuits against Hui Chaun Wang.

(3) The Debtor is requested to amend the Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation). The Declaration reflects that the Debtor has filed all tax returns required to be filed for the last 4 years; whereas the Debtor stated that he had not filed taxes for 2020 and 2021.

**PROOF OF SERVICE DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 26, 2023, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL:** On May 26, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| EDEM, ESTHER JACOB<br>EDEM, JACOB JOSEPH<br>6641 SHENANDOAH AVE<br>LOS ANGELES, CA 90056 | BRAD WEIL<br>LAW OFFICES OF BRAD WEIL<br>460 EAST CARSON PLAZA DR., STE 217<br>CARSON, CA 90746- |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on May 26, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission, and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

| May 26, 2023 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Type Name | Signature |